# EXHIBIT

# 3

# STARZYK & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

Michael A. Starzyk

June 7, 2016

Gail Lockwood                                           *Via E-mail*

RE:   Representation Agreement—Claims Against CIS Services, LLC

Dear Ms. Lockwood:

Thank you for selecting Starzyk & Associates, P.C. to represent you regarding your claims against CIS Services, LLC, and any related or affiliated entities or persons (hereafter "CIS"), that relate to compensation owed to you under the federal Fair Labor Standards Act. As Texas rules governing professional conduct suggest that attorneys have written fee agreements with their clients, this letter, when returned signed by you to our office, will constitute your written "Agreement" with our office.

You are encouraged to review this document with another lawyer if you wish, who can represent your interests in negotiating this Agreement. Your execution of this letter indicates that you have consulted with independent counsel or have elected not to do so.

## I.   CONDITIONS

This Agreement will not take effect and we will have no obligation to provide legal services until you return a signed copy of this Agreement to our office.

## II.   SCOPE OF SERVICE

You are hiring us as your attorneys to represent you *only* with regard to your claims against CIS that relate to compensation owed to you under the federal Fair Labor Standards Act. We will provide those legal services reasonably required to represent you, and we will take reasonable steps to keep you informed of progress and to respond to your inquiries. If a court action is filed, we will represent you in any appeal or execution proceedings without a separate agreement.

## III.   CLIENT DUTIES

You agree to be truthful with us, to cooperate, to keep us informed of all developments (including any changes to your address, telephone number(s) and e-mail address), and to follow the terms of this Agreement.

Gail Lockwood
June 7, 2016
Page 2

IV. **LEGAL FEES AND BILLING PRACTICES**

To pay for our services, you agree to pay us the greater of (a) our contingency interest in your claims, (b) any amount awarded by the Court or arbitrator(s) to compensate us for attorneys' fees incurred in representing you and others similarly situated, **or** (c) any amount of a settlement package that has been earmarked to compensate us for attorneys' fees incurred in representing you and others similarly situated. The greatest of these fees will be determined at the time when your claims are finally resolved. **Regardless of anything else contained herein, if we should be unable to recover anything on your claims, whether by arbitration, trial, settlement or otherwise, you will owe nothing as a fee**. This includes any fees and expenses incurred by local counsel (further defined in Section VI below).

A. **Contingency Interest.** You assign to us as our compensation and attorneys' fees, a 40% present undivided interest in your claims subject to this Agreement.

B. **Hourly Attorneys' Fees Award.** You agree to pay us any amount awarded by the Court or arbitrator as compensation for our attorneys' fees incurred in representing you and others similarly situated. If successful in pursuing these claims, we will present a fee application to the Court for approval. In that fee application, we will request compensation by the hour at our prevailing rates for time our legal personnel spend on your matter. These attorneys' fees may be adjusted upward or downward based on numerous legal factors. "Legal personnel" includes attorneys, paralegals, legal assistants, and law clerks. Our hourly fee billing rates for legal personnel are set forth below, and we reserve the right to adjust our billing rates from time-to-time:

| | |
|---|---|
| Michael A. Starzyk | $425/hr |
| April L. Walter | $400/hr |
| Amber L. Karns | $325/hr |
| Megan M. Mitchell | $275/hr |
| Mical E. Whiteman | $200/hr |
| Counsel | $225-425/hr |
| Associates | $200-400/hr |
| Law Clerks | $125/hr |
| Paralegals/Legal Assistants | $125/hr |

C. **Attorneys' Fees Component of Settlement Package.** You agree to pay us any amount of a settlement package that has been earmarked to compensate us for attorneys' fees incurred in representing you and others similarly situated. We will request compensation by the hour at our prevailing rates for time our legal personnel spend on your matter if this amount exceeds our contingency interest in your claims. These attorneys' fees may be adjusted upward or downward based on numerous legal factors. "Legal personnel" includes attorneys, paralegals, legal assistants, and law clerks. Our hourly fee billing rates for legal personnel are set forth in Section IV(B) above, and we reserve the right to adjust our billing rates from time-to-time.

Gail Lockwood
June 7, 2016
Page 3

V. **COSTS AND OTHER CHARGES**

In addition to our attorneys' fees, you agree to pay your proportionate share of the costs and expenses that we deem necessary for the proper investigation of, securing of evidence for, and development and presentation of your claims, as well as all other reasonable costs and expenses necessary and incidental to representing you. Your proportionate share will be determined depending upon the number of other current or former CIS employees who join the Fair Labor Standards Act action. Many of these costs and expenses are described below. However, if we should be unable to recover anything on your claims, you will owe nothing for expenses.

- A. **In General.** Our costs and expenses commonly include process server fees fixed by law or assessed by courts and other agencies, court reporters' and videographers' fees, long distance telephone calls, messenger and other delivery fees, postage, parking and other local travel related expenses, photocopying and other reproduction costs, clerical staff overtime, secretarial charges, word processing, charges for computer time and other similar items.

- B. **Out-of-town Travel.** You agree to pay transportation, meals, lodging and all other costs of any necessary out-of-town travel by our personnel.

- C. **Experts, Consultants and Investigators.** To aid in the preparation or presentation of your case, it may become necessary to hire expert witnesses, consultants or investigators. These persons will be selected by us at our discretion.

- D. **Photocopies and Faxes.** Photocopies are billed at $.25/page; faxes (incoming and outgoing) at $.25/page.

- E. **Other Expenses.** All other costs and expenses, unless otherwise discussed with you, will be billed at their actual cost.

VI. **ATTORNEYS' JUDGMENT AND DISCRETION**

We shall have the exclusive right to exercise our professional discretion and utilize strategies we deem advisable including, but not limited to, what expenditures are reasonably necessary for the development and prosecution of the claims and matters made the basis of this Agreement, the manner and timing of investigating them, whether or not suit or an arbitration demand should be filed, and, if so, when and where to file it, and whether or not an appeal should be perfected from any judgment or arbitration decision rendered.

You further understand and agree that we may, after full investigation of the facts and research of the law, return your matter to you and release ourselves from further action on it, and discharge ourselves from this Agreement without further liability on our part to you. You understand that we may return your case to you if we determine that it is not economically

Gail Lockwood
June 7, 2016
Page 4

feasible to proceed with further representation.

**Michael A. Starzyk** will be the attorney-in-charge of your matters, but you specifically authorize and agree that any other attorney, investigator, paralegal, clerk, legal assistant or other person affiliated with this firm, or an associated counsel in another firm may, at the professional discretion of Michael A. Starzyk, perform necessary services under the direction of the attorney(s) in charge.

## VII. AMENDMENT

No term or provision of this Agreement may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by all parties.

## VIII. DISCHARGE AND WITHDRAWAL

You may discharge us at any time. We may withdraw with your consent or for good cause. "Good cause" includes, but is not limited to, your breach of this Agreement, your refusal to cooperate with us or to follow our advice on a material matter, or any fact or circumstance that would render our continuing representation either unlawful or unethical.

When our services conclude, all unpaid charges, as applicable, will immediately become due and payable. After our services conclude, we will, upon your request, deliver your file to you along with any funds or other property belonging to you that are in our possession.

## IX. DISCLAIMER OF GUARANTEE

Nothing in this Agreement and nothing in our statements to you may be construed as promises or guarantees. Our comments about the outcome of your matter are expressions of opinion only and we make no guarantee as to their accuracy.

## X. GOVERNING LAW & VENUE

This Agreement shall be governed by the laws of the State of Texas without regard to its conflicts of laws provisions. The parties agree that the venue for any dispute arising out of or related to this Agreement shall be in the State district courts of Montgomery County, Texas.

## XI. EFFECTIVE DATE

This Agreement will take effect only when you have performed the conditions stated in Paragraph I, but its effective date will be retroactive to the date we first performed services. The date at the beginning of this Agreement is for reference only. Even if this Agreement does not take effect, you will be obligated to pay us for the costs of any expenses we may have incurred on your behalf. However, if we should be unable to recover anything on your claims, you will owe nothing for expenses.

Gail Lockwood
June 7, 2016
Page 5

    We look forward to representing you in your claims against CIS. If this Agreement meets with your approval and you wish for us to begin this representation, please execute this letter in the space provided below and return the letter to our office.

                    Yours Truly,

                    /s/ *Michael A. Starzyk*

                    Michael A. Starzyk

**ACCEPTED:**

*[signature: Gail Lockwood]*
Gail Lockwood

Dated: June 8, 2016